# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **K7 DESIGN GROUP, INC. AND K7 DESIGN GROUP, LLC,**<br>　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**FIVE BELOW, INC.,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br><br>**NO. 21-1406** |

## ORDER

**AND NOW**, this 21st day of May, 2021, upon consideration of Defendant Five Below, Inc.'s Motion to Dismiss For Failure to State a Claim (ECF 4), and Plaintiffs' response thereto (ECF 14), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**