IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **K7 DESIGN GROUP, INC. AND K7 DESIGN GROUP, LLC,**<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**FIVE BELOW, INC.,**<br>　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 21-1406 |

## ORDER

**AND NOW**, this 21st day of June, 2023, upon consideration of Defendant Five Below, Inc.'s Bill of Costs (ECF Nos. 113 & 115), and Plaintiffs K7 Design Group, Inc. and K7 Design Group, LLC ("K7")'s Response in Opposition thereto (ECF No. 114), **IT IS ORDERED** as follows:

1. Five Below, Inc's demand for the cost of service fees is **GRANTED IN PART** in the amount of **$376.00**;
2. Five Below, Inc's demand for witness costs is **GRANTED IN PART** in the amount of **$2,262.83;**
3. Five Below, Inc.'s demand for transcript costs is **GRANTED IN PART** in the amount of **$22,589.42;**
4. Five Below, Inc's demand for copying costs is **GRANTED IN PART** in the amount of **$3,437.10; and**
5. Five Below, Inc.'s demand for trial technician costs is **DENIED.**

It is further **ORDERED** that K7 must **PAY** Five Below, Inc. a total of **$28,665.35** in costs within **thirty (30) days** of the date of this Order.

The Clerk of Court **SHALL TERMINATE** this case and mark it **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　/S/WENDY BEETLESTONE, J.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**

1